IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL A. LEISGANG ,

                Plaintiff,

v.

                                                      Case No. 21-cv-40-bbc

ANDREW M. SAUL,
Commissioner of Social Security

                Defendant.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Kilolo Kijakazi against plaintiff Michael A. Leisgang  affirming the Commissioner's decision denying plaintiff's claim for disability insurance benefits and denying her appeal.

      s/ V. Olmo, Deputy Clerk                        3/31/2022
    Peter Oppeneer, Clerk of Court                          Date